◼ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. FRANCIS H. BLOETH, Defendant.— Motion by the People pursuant to statute (Code Crim. Pro., §§ 344–346), for the removal (before a new trial) of indictments from Suffolk County, to another county in New York State for trial outside the New York metropolitan area. Motion granted to the extent of changing the venue to New York County; the action is hereby transferred to the Supreme Court, New York County, Criminal Term, for trial. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

◼ RICHARD SCHULMAN, Appellant, v. SECURITY NATIONAL BANK, Respondent.— Motion by respondent to dismiss appeal from an order of the County Court, Suffolk County, entered October 3, 1962, which denied appellant's motion for summary judgment and granted respondent's motion for such relief. Motion denied. On the court's own motion, appeal transferred to the Appellate Term of the Supreme Court, Second Judicial Department, which is now vested with the jurisdiction to determine this appeal (see order of this court No. 47, dated July 12, 1962; N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d). Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARVIS KHALILI, Appellant.— Motion by appellant to dispense with printing on his appeal from a judgment of the County Court, Suffolk County, rendered February 27, 1963, convicting him of violating subdivision 1 of section 1141 of the Penal Law (a misdemeanor). On the court's own motion, the appeal and the motion are transferred to the Appellate Term of the Supreme Court, Second Judicial Department. That court is now vested with the jurisdiction to determine this appeal and all motions incident thereto (see order of this court No. 47, dated July 12, 1962; N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d). Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.